Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund For Northern California, et al.

CHRISTOPHER E. PANETTA    (Bar No. 175127)
FENTON & KELLER
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219
CPanetta@FentonKeller.com

Attorneys for Defendant
ALIMAK GROUP USA INC. dba ALIMAK HEK,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br>     Plaintiffs, <br>  v. <br><br> ALIMAK Group USA Inc., a Connecticut Corporation, doing business as ALIMAK HEK., et al., <br><br>     Defendants. | Case No.: 3:21-cv-cv-7584-JD <br><br> **STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. and Defendant Alimak Group USA Inc., a Connecticut Corporation, doing business as Alimak Hec., et al. (collectively "Parties") by and through their respective counsel of record, hereby represent that a confidential settlement of this matter has been executed by both Plaintiffs and Defendants. The Parties hereby agree and stipulate as follows:

1

**STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**

Plaintiffs' Complaint in this action shall be dismissed with prejudice. No party shall be considered the prevailing party.

DATED: March 14, 2023         SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Siddharth Jhans
Attorneys for Plaintiffs, Operating Engineers Health And Welfare Trust Fund for Northern California, et al.

DATED: March 14, 2023         FENTON & KELLER, PC

By: _____/S/_____
Christopher E. Panetta, Esq.
Attorneys for Defendant
ALIMAK GROUP USA INC. dba ALIMAK HEK

**IT IS SO ORDERED**

The parties having stipulated, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees.

DATED: _____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES DONATO

1  **ATTESTATION CERTIFICATE**

2      In accord with the Northern District of California's Civil Local Rule 5-1, I attest that
3  concurrence in the filing of this document has been obtained from each of the other signatories who are
4  listed on the signature page.

6  Dated: March 13, 2023                    SALTZMAN & JOHNSON
                                              LAW CORPORATION

8                                       By: _____/S/_____
                                              Siddharth Jhans
9                                             Attorney for Plaintiffs